IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| N.A. Lambrecht, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Sidney Taurel, *et al.*, )<br>)<br>Defendants. )<br>)<br>) | Case No. 1:08-cv-0068-DFH-TAB |

**ORDER GRANTING JOINT MOTION TO CONSOLIDATE**

This matter comes before the Court on the parties' Joint Motion to Consolidate. The Court, being duly advised in the premises, hereby GRANTS the motion. IT IS THEREFORE ORDERED that *Zemprelli v. Taurel*, Case No. 1:08-cv-0854-DFH-TAB is consolidated with *Lambrecht v. Taurel*, Case No. 1:08-068-DFH-TAB. Defendants' response date is deferred and the time for defendants to move, answer or otherwise respond to the *Zemprelli* Complaint is deferred until further order.

Dated: 7/24/2008

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:

Christopher G. Scanlon
James H. Ham
Matthew T. Albaugh
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204

Robert Hickok
Michael E. Baughman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

James P. Strenski
Bingham McHale LLP
10 West Market Street, Suite 2700
Indianapolis, IN  46204-4900

Karen L. Morris
Patrick L. Morris
Morris & Morris LLC
1105 North Market Street, Suite 803
Wilmington, DE 19801

Richard D. Greenfield
Greenfield & Goodman LLC
780 Third Avenue, 48th Floor
New York, NY 10017

Marc J.M. Moss
Moss Law Offices
47 South Meridian St., Ste. 400
Indianapolis, IN  46204

Paul T. Warner
The Warner Law Firm
6363 Woodway Dr., Suite 910
Houston, TX 77057

Jan M. Carroll
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204

Peter P. Barbur
Duane L. Loft
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475